# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 10-11642-ABC |
| Thomas H. Vieregger dba dcs Gutters & Roofing; mem colorado gutterz, LLC; mem docs exteriors, LLC; mem dcs solar solutions, LLC; mem Ridgepoint Management Group, LLC; mem Eastland & Vierregger, LLC; ods Douglas County Seamless Gutter Co. | |
| Debtors. | |
| American Builders & Contractors Supply Co., Inc., Plaintiff | Chapter 7 |
| v. | Adversary Case No. **10 12 43 ABC** |
| Thomas H. Vieregger, Defendant. | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

Clerk of the U.S. Bankruptcy Court
721 - 19th Street
Denver, Colorado 80202-2508

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney:

Name and Address of Plaintiff's Attorney:

Andersohn Law Office, PC
Nathan L. Andersohn, Esq., Reg. #12000
Mick Walker, Esq., Reg. # 30560

1                              [ABC\DCS Roofing\Bankruptcy\Summons]

11971 Quay Street  
Broomfield, Colorado  80020  
Phone:  303.650.6414  
Fax:  303.429.7574  
e-mail:  nandersohnlaw@yahoo.com

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Bradford L. Bolton
Clerk of the Bankruptcy Court

Date: March 17, 2010.

_____  
Deputy Clerk

In re: Thomas H. Vieregger  
American Builders & Contractors  
Supply Co., Inc. v. Thomas H. Vieregger

Case No. 10-11642-ABC  
Adversary Proceeding No. _____

## CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made March ____, 2010 by:

Mail Service: Regular, first class United States mail, postage prepaid, addressed to:

F. Kelly Smith, Esq.  
216 16th St., Ste. 1210  
Denver, CO 80202

Thomas H. Vieregger  
8777 Ridgepoint Dr.  
Castle Rock, CO 80108

Under penalty of perjury, I declare that the following is true and correct:

March ____, 2010  
Date

_____  
Signature

Nathan L. Andersohn, Esq.  
11971 Quay Street  
Broomfield, Colorado  80020  
Phone: 303.650.6414  
Fax: 303.429.7574  
e-mail: nandersohnlaw@yahoo.com  
Attorney for Creditor/Plaintiff