# EXHIBIT A

# TO MOTION FOR SUMMARY JUDGMENT

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-11642-ABC |
| | ) | |
| Thomas H. Vieregger dba dcs Gutters & Roofing; | ) | |
| mem colorado gutterz, LLC; mem docs exteriors, | ) | |
| LLC; mem dcs solar solutions, LLC; mem | ) | |
| Ridgepoint Management Group, LLC; mem | ) | |
| Eastland & Vierregger, LLC; ods Douglas County | ) | |
| Seamless Gutter Co. | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | Chapter 7 |
| American Builders & Contractors | ) | |
| Supply Co., Inc., | ) | |
| Plaintiff | ) | |
| | ) | Adversary Case No. 10-1243-ABC |
| v. | ) | |
| | ) | |
| Thomas H. Vieregger, | ) | |
| Defendant | ) | |

---

## PLAINTIFF AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.'S FIRST REQUEST FOR ADMISSIONS, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT THOMAS H. VIEREGGER

---

COMES NOW Plaintiff American Builders & Contractors Supply Co., Inc. ("ABC"), by and through its attorneys, Andersohn Law Office, PC, and pursuant to Rules 33, 34 and 36, F.R.C.P. and L.B.R. 7026-1, hereby submits the following Request for Admissions, Interrogatories and Request for Production of Documents to Defendant Thomas H. Vieregger subject to the definitions and instructions contained herein.

### REQUEST FOR ADMISSIONS
(Instructions)

Thomas H. Vieregger is requested to admit the following matters.  The response to the following Request for Admissions must be served on attorneys for Plaintiff no later than thirty (30) days following service hereof upon you or your attorney of record.  The responses shall be either an admission or a specific denial of the matter, or a statement in detail of the reasons why you cannot truthfully admit or deny the matter.  Any denial must fairly meet the substance of the requested admission. Answers may be qualified so as to admit or deny only part of the matter requested. Lack of information or knowledge is not a sufficient reason to fail to admit or deny unless upon reasonable

1

inquiry you do not have sufficient information or knowledge to admit or deny the matter, and you state the factual circumstances of such reasonable inquiry, as is required by the accompanying interrogatories. **It is not sufficient to deny a matter because you believe it is the proper subject for a trial on the merits.** Any inquiry concerning the factual details underlying the claims and assertions of the plaintiff may be directed to its attorney of record.

## DEFINITIONS

A.     Unless otherwise specified, the terms "Mr. Vieregger," "you," and "your" each refer to Thomas H. Vieregger and the person or persons who are responding to these interrogatories and requests.

B.     Unless otherwise specified, the term "DCS" refers to Douglas County Seamless Gutter Co., Inc. d/b/a DCS Gutters & Roofing, as well as its various affiliates, employees, agents, consultants, and/or representatives, and the person or persons who are responding to these admissions, interrogatories, and requests.

## ADMISSIONS

1. Admit that from its inception until the day you are responding to this Request for Admission, you were the sole shareholder, officer and director of DCS.
2. Admit that you made all decisions regarding payments made by DCS to its suppliers.
3. Admit that DCS ordered and received from Plaintiff the materials listed on the invoices attached hereto as **Exhibit B.**
4. Admit that ABC was DCS's sole supplier of roofing materials and fixtures for improvements made to 15335 E. Penwood Place, Aurora, CO 80015.
5. Admit that DCS provided the invoices, attached hereto as **Exhibit C**, to Steve Jacques.
6. Admit that DCS received the down payment of $1,050.00 from Steve Jacques as handwritten on attached **Exhibit D.**
7. Admit that DCS received each of the checks, attached hereto as **Exhibit E**, from Steve Jacques.
8. Admit that DCS was paid by Steve Jacques, in full, for all materials listed on the invoices attached hereto as **Exhibit B.**
9. Admit that you made the decision not to pay Plaintiff's invoices attached hereto as **Exhibit B.**
10. Admit that neither DCS nor you maintained a separate record of account for the work performed by DCS for Steve Jacques as stated in the invoices, attached hereto as **Exhibit C.**
11. Admit that DCS ordered and received from Plaintiff the materials listed on the invoices attached hereto as **Exhibit F.**
12. Admit that ABC was DCS's sole supplier of roofing materials and fixtures for improvements made to 8624 Kim Ct., Parker, CO 80134.
13. Admit that DCS sent the invoices, attached hereto as **Exhibit G**, to Ernie M. Damico d/b/a Orca Construction Co.
14. Admit that DCS was paid, in full, by Ernie M. Damico d/b/a Orca Construction Co. for all materials listed on the invoices attached hereto as **Exhibit F.**
15. Admit that you made the decision to not pay Plaintiff's invoices attached hereto as **Exhibit F.**

16. Admit that neither DCS nor you maintained a separate record of account for the work performed by DCS for Ermie M. Damico d/b/a Orca Construction Co. as stated in the invoices, attached hereto as **Exhibit G.**

17. Admit that DCS ordered and received from Plaintiff the materials listed on the invoices attached hereto as **Exhibit H.**

18. Admit that ABC was DCS's sole supplier of roofing materials and fixtures for improvements made to 5959 S. Humboldt Ct., Centennial, CO 80121.

19. Admit that DCS was paid, in full, by Peak Custom Builders, LLC for all materials listed on the invoices attached hereto as **Exhibit H.**

20. Admit that you made the decision to not pay Plaintiff's invoices attached hereto as **Exhibit H.**

21. Admit that neither DCS nor you maintained a separate record of account separate from other records of account for the work performed by DCS for Peak Custom Builders, LLC.

<u>INTERROGATORIES</u>

The following Interrogatories are propounded to Thomas H. Vieregger pursuant to F.R.C.P. 16(a)(1)(IV), 26, and 33(e):

**INSTRUCTIONS TO THE ANSWERING PARTY**

(a)    An answer or other appropriate response must be given to each interrogatory provided below by the asking party.

(b)    As a general rule, within 30 days after you are served with these interrogatories, you must serve your responses on the asking party and serve copies of your responses on all other parties to the action that have appeared. See F.R.C.P. 33 for details.

(c)    Each answer must be as complete and straightforward as the information reasonably available to you permits. If an interrogatory cannot be answered completely, answer to the extent possible.

(d)    If you do not have enough personal knowledge to fully answer an interrogatory, say so, but make a reasonable and good faith effort to get the information by asking other persons or organizations, unless the information is equally available to the asking party.

(e)    Whenever an interrogatory may be answered by referring to a document, the document may be attached as an exhibit to the response and referred to in the response. If the document has more than one page, refer to the page and section where the answer to the interrogatory can be found.

(f)    Whenever an address and telephone number for the same person are required in more than one interrogatory, you are required to furnish them in answering only the first interrogatory asking for that information.

(g)    Your answers to these interrogatories must be verified, dated, and signed. You may wish to use the following form at the end of your answers: "I declare under penalty of perjury under the laws of the State of Colorado that the foregoing answers are true and correct."

[ABC\DCS Roofing\Bankruptcy\Request for Admissions, Interrogatories, and Docs]

(DATE)_____ (SIGNATURE)_____

## DEFINITIONS APPLICABLE TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Words in **BOLDFACE CAPITALS** in these interrogatories are defined as follows:

(a)　　**YOU OR ANYONE ACTION ON YOUR BEHALF** includes you, your agents, your employees, any company in which you are an office, director, or shareholder, your insurance companies, their agents, their employees, your attorneys, your accountants, your investigators, and anyone else action on your behalf.

(b)　　**PERSON** includes a natural person, firm, association, organization, partnership, business, trust, corporation, or public entity.

(c)　　**DOCUMENT** means a writing, as defined in F.R.E. 1001, and includes the original or a copy of handwriting, typewriting, printing, photostating, photographing, and every other means of recording upon any tangible thing and form of communicating or representation, including letters, words, pictures, sounds, or symbols, or combinations of them.

(d)　　**ADDRESS** means the most recent street address available to you, including the city, state, and zip code in your possession.

　　　The term "identify" when used in reference to a person, means to state the full name, the most current business and home address in your possession, the most current business, cell and home telephone number in your possession, and the present or last known business affiliation of the person, along with the person's relation to the parties, and the subject matter of this civil action.

A.　　The term "identify" when used in reference to a document means to state in your response the following information:

(i)　　the identity of the person responsible for preparation of the document;

(ii)　　the purpose of the document;

(iii)　　the present location of the document;

(iv)　　the identity of the present custodian of the document;

(v)　　the date the document was prepared and the date the document was transmitted to any person affiliated with the parties to this action or the subject matter hereof; and

(vi)    a full description of the document.

B.    The term "identify," when used in reference to an oral statement or communication, or where your response refers to the identity of an oral statement or communication, means to state in full detail with respect to each such statement or oral communication:

(i)    identify the persons who made the statement or communication;

(ii)    state the date, time and place where it occurred;

(iii)    state the specific subject matter and the specific substance of the oral statement or communication;

(iv)    identify each person who heard the statement or received the communication;

(v)    identify each person who responded thereto;

(vi)    identify the substance of what was said by each person in response to the statement or communication;

(vii)    identify whom the persons participating or present at the time of the statement or communication purported to represent with the respect thereto; and

(viii)    identify all documents that refer to, summarize, or contain all or part of the oral statement or communication.

(ix)    If the statement was false, in fact, identify which parts of the statement or communication were false and describe the true facts that make the statement or communication false.

C.    "State in full detail" or "describe in full detail" means to set out every fact of which you have knowledge or information on the subject.  This includes, but is not limited to:

(i)    state every pertinent act, omission, circumstance, event, communication, transaction, meeting or occasion relating to the subject;

(ii)    state the date, time and place thereof;

(iii)    identify each person present, connected therewith, or who has knowledge thereof;

(iv)    identify all documents which relate to, resulted from, or were utilized with reference to said facts; and

(v)    identify all oral statements and communications related thereto.

D.     In addition to the definitions above, the terms "Mr. Vieregger," "you," and "your" each refer to Defendant Thomas H. Vieregger, as well as, the person or persons who are responding to these interrogatories and requests.

**1.0     Identity of Persons Answering These Interrogatories**

1.1     State in full detail the name, **ADDRESS**, home and business telephone number, cell phone number and relationship to you of each **PERSON** who prepared or assisted in the preparation of the responses to these interrogatories. (Do not identify anyone who simply typed or reproduced the responses.)

**2.0     Affirmative Defenses**

2.1     Identify each denial of a material allegation and each affirmative defense in your pleading (Answer), and for each:

(a)     state in full detail all facts upon which you base each such denial or affirmative defense;

(b)     state the names, **ADDRESSES**, and most recent telephone numbers available to you of all **PERSONS** who have knowledge of those facts;

(c)     identify all **DOCUMENTS** and other tangible items which support your denial or affirmative defense, and state the name, **ADDRESS**, and telephone number of the **PERSON** who has each **DOCUMENT.**

**3.0     Responses to Request for Admissions**

3.1     Is your response to each request for admission, served with these interrogatories, an unqualified admission? If not, for each response that is not an unqualified admission:

(a)     state the number of the request;

(b)     state all facts or evidence upon which you base your response;

(c)     state the names, **ADDRESSES**, and most recent telephone numbers available to you of all **PERSONS** who have knowledge of those facts that support your denial;

(d)     identify all **DOCUMENTS** and other tangible things that support your response and state the name, **ADDRESS**, and telephone number of the **PERSON** who has each **DOCUMENT** or thing.

4.     Identify all unpaid invoices or other claims due DCS from Steve Jacques.

5.     Identify all unpaid invoices or other claims due DCS from Ermie M. Damico d/b/a Orca Construction Co.

6

6.      Identify all unpaid invoices or other claims due DCS from Peak Custom Builders, LLC.

7.      Identify all job addresses that were supplied by ABC, at the request of DCS, on which DCS or you were paid, and DCS and/or you failed to pay ABC.

8.      Identify the date, check number, and payee of every payment made by DCS, with the funds received by DCS and/or you for work performed on the job addresses identified in interrogatory number 7.

## REQUESTS FOR PRODUCTION

The purpose of this request for production is to obtain all of your documents and records pertaining directly or indirectly to the claims and defenses asserted in this matter. All definitions related to the interrogatories apply to the following requests.

Accordingly, please produce the following:

1.   All documents identified in response to the requests for admissions and interrogatories submitted with these requests for production.

Dated this ___ day of July, 2010.

**Andersohn Law Office, PC**

Nathan L. Andersohn, Esq., Reg. #12000
Mick Walker, Esq., Reg. # 30560
11971 Quay Street, Broomfield, Colorado  80020
Phone: 720.303.8691;303.650.6414, Fax: 303.429.7574
E-mail: nandersohnlaw@yahoo.com
Attorney for Creditor/Plaintiff

7

In re: Thomas H. Vieregger
American Builders & Contractors
Supply Co., Inc. v. Thomas H. Vieregger

Case No. 10-11642-ABC
Adversary Proceeding No. 10-1243-ABC

### CERTIFICATE OF SERVICE

I, Christian Webert, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.   I further certify that the service of these **PLAINTIFF AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.'S FIRST REQUEST FOR ADMISSIONS, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT THOMAS H. VIEREGGER**  was made July 19th, 2010 by:

Mail Service: Regular, first class United States mail, postage prepaid, addressed to:

F. Kelly Smith, Esq.
216 16th St., Ste. 1210
Denver, CO 80202

Under penalty of perjury, I declare that the following is true and correct:

July 19 , 2010
Date

_____
Signature

Nathan L. Andersohn, Esq.
11971 Quay Street
Broomfield, Colorado  80020
Phone:  303.650.6414
Fax:  303.429.7574
e-mail:  nandersohnlaw@yahoo.com
Attorney for Creditor/Plaintiff

[ABC\DCS Roofing\Bankruptcy\Request for Admissions, Interrogatories, and Docs]

# EXHIBIT A

APR-26-07   09:28AM   FROM+                         T-418   P.003/012   F-954

To: 52933258                         P.2/2

## 1. Tell us about your company

**Type of Ownership**
☐ Partnership  ☑ Corporation  ☐ Proprietorship  ☐ LLC (attach list of members)

Trade/Business Name: DC5 Gutters & Roofing

Address: 3155 Commerce Ct Unit C

Address: Castle Rock CO 80109
City / State / Zip

Phone: 303 688 4545   Fax: 303 688 6625

Cell Phone: 303 748 8508

State Contractor License # (if applicable):

Estimated Monthly Purchases: 25,000

Year Business Started: '85   Federal Tax I.D.#: 201 809 258

If Tax Exempt - Attach Certificate ☐ Attached   Do You Issue a Purchase Order ☑ Yes ☐ No

Person to Contact Regarding Accounts Payable: Connie Thomas

at Phone: 303-688-4545

**Owners and/or Officers Information:**

Name: Terry Viterogger   Title: President

SSN#: 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   Address: 3155 Commerce Ct

City: Castle Rock   State: CO   Zip: 80109

Date of Birth: 8/27/20—   County: Douglas

Driver's License #:

Name:                   Title:

SSN#:                   Address:

City:                   State:        Zip:

Date of Birth:          County:

Driver's License #:

**Bank Information:**

Name of Bank: Compass Bank

Address:                Phone: 303-217-2200

**Major Trade References:**

Name: Weatherguard

Address: 4850 Moline St   Denver, CO 80134

Phone: 303-307-0900   Fax: 303-307-0909

Name: Spectra Metal

Address: 4380 Grape St   Denver, CO

Phone: 303-227-3392   Fax: 303-227-3612

**ABC SUPPLY CO., INC.**

Sales Associate: Chris Reilly

Sales #: 021          Branch #: 049

Store Use Only - Check One Only
☐ A. Low slope roofing
☐ B. Low & steep slope roofing
☐ C. Steep slope roofing
☐ D. Siding and/or windows
☐ E. Roofing & siding/windows
☐ F. Remodeler
☐ G. General contractor
☐ H. Builder
☐ I. Retail/ship lumber/lumber yard
☐ J. Distributor
☐ K. EIFS & stucco
☐ L. Other
☐ M. Self Applicator

303 484 1259

## Agreement:

Buyer and Seller all persons, businesses, representatives, companies and credit reporting agencies to furnish all pertinent information, including commercial and consumer credit reports, requested from time to time to ABC. The undersigned and Buyer, if different, each warrant that the information given is true and that all reasonable information has been reviewed. The execution of credit hereunder, the amount of credit and the collection or application of credit shall be within the sole discretion of ABC. Buyer agrees to be bound by ABC's Credit Agreement and Purchase Agreement and acknowledges receipt of same. Each undersigned individual also authorizes a review of the Buyer in credit application and is sole proprietorship of the Buyer as credit applicant, recognizing that he/she has individual credit history may be a factor in the conclusion of this credit history of the buyer, hereby consents for and authorizes ABC to obtain and use consumer credit reports for each undersigned individual, from time to time as may be needed, to evaluate the credit of Buyer.

## 2. Sign here to agree... all other terms & conditions

Signature: [signed Terry Viterogger]   Date: 4/3/07

Print: Terry Viterogger

## 3. Should you give us your personal guaranty

Yes, if your company:
• has less than $2M in annual sales or
• has less than 10 employees, or
• is less than 2 years old, or
• is a partnership or proprietorship.

Giving us your personal guaranty will speed the process of approving your application.

## Continuing Guaranty

I (we) the undersigned understand that the information furnished you is for the purpose of obtaining credit from your company, that I can (we are) authorized, in any (all) capacity, to bind my (our) company accordingly. I (we) the undersigned, hereunder referred to as guarantors, do jointly, severally and unconditionally guarantee and promise to promptly pay when due any and all indebtedness of Buyer to ABC, together with any late payment charge that may accrue thereon, regardless of how such indebtedness is incurred, whether such indebtedness is direct or indirect, absolute or contingent, that as be hereunder due, as create now or soon hereafter in addition, the Guarantor(s) agree to pay all costs of collection, legal expenses and attorney's fees paid or incurred by ABC in the collection of Buyer's indebtedness and in enforcing this Continuing Guaranty. The foregoing indebtedness guarantor agrees to be bound by ABC's Terms and Conditions of Continuing Guaranty.

Each undersigned personal guarantor understands that his or her individual credit history may be a factor in the conclusion of this Continuing Guaranty, hereby consents for and authorizes ABC to obtain and use consumer credit reports for each undersigned, from time to time as may be needed, to evaluate the credit of Buyer and/or the undersigned.

**Guarantor:**

Complete Legal Name: (Circle One If Applicable)   Jr. / Sr.

Name: Thomas   H   Viterogger
First / Middle / Last

Home Address: 8777 Ridgepoint Dr.

Castle Rock   CO   80108
City / State / Zip

Phone: 240-733-0144   SSN#: 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

Complete Legal Name: (Circle One If Applicable)   Jr. / Sr.

Name:
First / Middle / Last

Home Address:

City / State / Zip

Phone:   SSN#:

## 4. Guarantors sign here

Complete Legal Signature: [signed Thomas H Viterogger]

Witness:                Date: 4/3/07

Complete Legal Signature:

Witness:                Date:

# EXHIBIT B

REPRINT

# ABC Supply Co. Inc.

(303) 294-0869

PRICING
CR/REBILL INVOICE

**IMPORTANT:** This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with section ... the Fair Labor Standards Act of 1938, as amended.

T/D symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

**LATE PAYMENT CHARGE:** All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

**REMIT TO**
2401 E 40TH AVE
DENVER CO
80205-3521

**SOLD TO**
DCS ROOFING & GUTTER
JOB: JACQUES RESIDENCE
9337 COMMERCE CTR ST. C-2
HIGHLANDS RANCH CO
80129-1719

**SHIP TO**
JACQUES RESIDENCE
15335 E PENWOOD PLACE

AURORA CO  80015

| SALES REP | PAGE |
|---|---|
| CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4886156 | 1902 | 21675 | 682600 | NET | 02/20/09 | 2/20/09 |

| ITEM NUMBER | ITEM DESCRIPTION | QTY TO SHIP | QUANTITY SHIPPED | QUANTITY BILLED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC SUPPLY CO.-049-WHSE SALES | | 049 05 MACK CV713 (52581) ORG INV 4882112 | | | | |
| 05TK3018PL | TAMKO 30# 18" PL SHAKE FELT   1SQ/RL | RL | 48 | | 23.98 | 1151.04- |
| 05TK3018PL | TAMKO 30# 18" PL SHAKE FELT   1SQ/RL | RL | 48 | | 14.50 | 696.00 |

CO  AU  RT

| | SUBTOTAL | 455.04- |
|---|---|---|

**NOTE THE SAVINGS: YOU MAY DEDUCT IF THIS INVOICE IS PAID BY**

| SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX | |
|---|---|---|---|
| 455.04- | | 35.72- | 490.76- |

A836L Rev. 11/08

www.abcsupply.com ● www.abccatalog.com

REPRINT **ABC**
**Supply Co. Inc.**   REGULAR **INVOICE**   (303)294-0869

**IMPORTANT:** This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to the ...on of the articles and/or the performance of the services covered by this invoice, it has fully complied with section ... f the Fair Labor Standards Act of 1938, as amended.

T/D symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

**LATE PAYMENT CHARGE:** All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

| REMIT | 2401 E 40TH AVE<br>DENVER CO<br>80205-3521 | | |
|---|---|---|---|

| SOLD | DCS ROOFING & GUTTER<br>JOB: JACQUES RESIDENCE<br>9337 COMMERCE CTR ST. C-2<br>HIGHLANDS RANCH CO<br>80129-1719 | SHIP | JACQUES RESIDENCE<br>15335 E PENWOOD PLACE<br><br>AURORA CO  80015 |
|---|---|---|---|

| | SALES REP | PAGE |
|---|---|---|
| | CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 4886468 | 1902 | CPU | | 682600 | 1% 10TH NET EOM | 02/23/09 | 2/24/09 |

ABC SUPPLY CO.-049-WHSE SALES          CUSTOMER PICK UP

| | | | | | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 05TK3018PL | TAMKO 30# 18" PL SHAKE FELT   1SQ/RL | RL | 16 | | 14.50 | 232.00 |

| | SUBTOTAL | 232.00 |
|---|---|---|

CO  DV RT

| NOTE THE SAVINGS: YOU MAY DEDUCT<br>IF THIS INVOICE IS PAID BY | 2.32<br>3/10/09 | SUBTOTAL AMOUNT +<br>232.00 | FREIGHT +<br> | SALES TAX<br>17.91 | |  249.91 |
|---|---|---|---|---|---|---|

A836, Rev. 11/02

REPRINT **ABC.**
Supply Co. Inc.

(303)294-0869

REGULAR **INVOICE**

REMIT
2401 E 40TH AVE
DENVER CO
80205-3521

**IMPORTANT:** This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to ... tion of the articles and/or the performance of the services covered by this invoice, it has fully complied with section ... of the Fair Labor Standards Act of 1938, as amended.

T/D symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

**LATE PAYMENT CHARGE:** All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

SOLD TO
DCS ROOFING & GUTTER
JOB: JACQUES RESIDENCE
9337 COMMERCE CTR ST. C-2
HIGHLANDS RANCH CO
80129-1719

SHIP TO
JACQUES RESIDENCE
15335 E PENWOOD PLACE

AURORA CO  80015

| | SALES REP | PAGE |
|---|---|---|
| | CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 4882112 | 1902 | 21675 | | 682600 | 1% 10TH NET EOM | 02/02/09 | 2/11/09 |

ABC SUPPLY CO.-049-WHSE SALES          049 05 MACK CV713 (52581)

| | | | | | | |
|---|---|---|---|---|---|---|
| 09TKTCWH | TAMKO TAM-CAP WHITE | 1SQ/RL | RL | 50 | 32.64 | 1632.00 |
| 05TK3018PL | TAMKO 30# 18" PL SHAKE FELT | 1SQ/RL | RL | 48 | 23.98 | 1151.04 |
| 0150080122 | NAIL ABC PLASTIC CAP 1" | 3M/PAIL | EA | 2 | 33.56 | 67.12 |
| 14RMTS77 | ROYAL 7 X7  TIN SHINGLE | | BD | 1 | 29.76 | 29.76 |
| 0170030002 | PAINT ABC ROOF ACCESSORY | BROWN | EA | 6 | 5.39 | 32.34 |
| 17SLRVG51M | AIRVENT RVG-51 MILL | | EA | 17 | 9.69 | 164.73 |
| 5040512209 | FLASHING GALV MULTI-SIZE 1.5 2 3" | | EA | 8 | 5.37 | 42.96 |
| 7923968104 | SEALANT #3300 POLY | MED BRONZE | EA | 4 | 4.95 | 19.80 |
| 05MI304869 | UNITED 30# ASTM 4869 FELT | 2SQ/RL | RL | 7 | 21.77 | 152.39 |
| 0150080013 | COIL NAIL  1-3/4" ABC COIL NAIL | | BX | 4 | 45.00 | 180.00 |
| 99FUELCHRG | FUEL SURCHARGE | | EA - | 1 | 35.00 | 35.00 |

| | | | | | SUBTOTAL | 3507.14 |
|---|---|---|---|---|---|---|

CO  AU RT

| NOTE THE SAVINGS: YOU MAY DEDUCT | 34.72 | SUBTOTAL AMOUNT  + | FREIGHT  + | SALES TAX | | |
|---|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 3/10/09 | 3507.14 | | 275.32 | | 3782.46 |

ABC#L Rev. 11/08

www.abcsupply.com ● www.abccatalog.com

REPRINT **ABC** Supply Co. inc.

(303)294-0869

REGULAR

**INVOICE**

**IMPORTANT:** This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to the _____ tion of the articles and/or the performance of the services covered by this invoice, it has fully complied with section _____ of the Fair Labor Standards Act of 1938, as amended.

T/D symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

**LATE PAYMENT CHARGE:** All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

REMIT TO
2401 E 40TH AVE
DENVER CO
80205-3521

SOLD TO
DCS ROOFING & GUTTER
JOB: JACQUES RESIDENCE
9337 COMMERCE CTR ST. C-2
HIGHLANDS RANCH CO
80129-1719

SHIP TO
JACQUES RESIDENCE
15335 E PENWOOD PLACE

AURORA CO  80015

| | SALES REP | PAGE |
|---|---|---|
| | CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 4881837 | 1902 | 21644 | | 682600 | 1% 10TH NET EOM | 02/16/09 | 2/16/09 |

ABC #049 TILE   DENVER, CO          049 00 FRTLNR FL112

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 93089E | EAGLE CE-DUR WALDEN | | BD | 1 | | 20140.00 | 20140.00 |
| | 48.00 SQ WALDEN #93089 $430.00 PER SQ | | | | | | |
| 96089E | EAGLE CE-DUR STARTER WALDEN | | BD | 12 | | 100.00 | 1200.00 |
| 90789E | EAGLE CE-DUR LOW RIDGE WALDEN | | BD | 10 | | 40.00 | 400.00 |
| | | | | | | | |
| | $500 CREDIT FOR FIRST CE-DUR PURCHASE | | | | | | |
| | #1237 | | | | | | |

| | SUBTOTAL | 21740.00 |
|---|---|---|

CO   AU RT

| NOTE THE SAVINGS: YOU MAY DEDUCT | 217.40 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX | | |
|---|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 3/10/09 | 21740.00 | | 1706.59 | | 23446.59 |

ABGSL Rev. 11/02

www.abcsupply.com ● www.abccatalog.com

# EXHIBIT C

**dcs Roofing & Solar**

9337 Commerce Center Street Unit C2

Highlands Ranch, CO 80129



| Date | 1/29/2009 | Invoice No. | 10002 |
|------|-----------|-------------|-------|

**Customer:**

Steve Jacques

15335 E Penwood Place

Aurora, CO 80001

**Ship To:**

Steve Jacques

15335 E Penwood Place

Aurora, CO 80001

| Date | Description | Quantity | Per Unit | Amount |
|------|-------------|----------|----------|--------|
| 1/29/2009 | Supply & Install 2 Velux skylights with new flashing, ice & water around skylights | | | $2,100.00 |

| | | |
|---|---|---|
| Non-Taxable Subtotal | | $2,100.00 |
| Taxable Subtotal | | $0.00 |
| Tax | | $0.00 |
| Tax Rate | | 8.000 % |
| Total | | $2,100.00 |

Thanks for letting us serve you!

*P'SNL cu*

*1,050 00*

*Amount 1024  3/18/05*
*c.v.c # Test*

**Page 1 of 1**

**DCS Gutters & Roofing**
**3155 Commerce Court Unit C**
**Castle Rock, CO 80109**



| Date | 2/13/2009 | | Invoice No. | 10022 |
|------|-----------|--|-------------|-------|

**Customer:**

Steve Jacques

15335 E Penwood Place

Aurora, CO 80001

**Ship To:**

Steve Jacques

15335 E Penwood Place

Aurora, CO 80001

| Date | Description | Quantity | Per Unit | Amount |
|------|-------------|----------|----------|--------|
| 2/13/2009 | Materials for house | | | $18,069.48 |
| | Non-Taxable Subtotal | | | $18,069.48 |
| | Taxable Subtotal | | | $0.00 |
| | Tax | | | $0.00 |
| | Tax Rate | | | 8.000 % |
| | Total | | | $18,069.48 |

**Thanks for letting us serve you!**

*PAID BOTH Invoices w/ CK #4559*

*PAID CK#4559 2/17/09*

*$ 18069.48 - INV# 10022*
*7629.50 - INV# 10023*
*$ 25,698.98*
*CK# 4559 W.F. BANK*

Page 1 of 1



**DCS Gutters & Roofing**

**3155 Commerce Court Unit C**

**Castle Rock, CO 80109**

| Date | 2/13/2009 | | Invoice No. | 10023 |
|------|-----------|--|-------------|-------|

**Customer:**                                    **Ship To:**

**Bellwether Construction Company**              **Steve Jacques**

**5751 W. 7th Ave**                              **15335 E Penwood Pl**

**Lakewood, CO 80214**                           **Aurora, CO 80015**

| Date | Description | Quantity | Per Unit | Amount |
|------|-------------|----------|----------|--------|
| 2/13/2009 | Materials for addition. | | | $7,629.50 |
| | | Non-Taxable Subtotal | | $7,629.50 |
| | | Taxable Subtotal | | $0.00 |
| | | Tax | | $0.00 |
| | | Tax Rate | | 8.000 % |
| | | Total | | $7,629.50 |

Thanks for letting us serve you!

4559   2/17/09

**dcs Roofing & Solar**

9337 Commerce Center Street Unit C2

Highlands Ranch, CO 80129



| Date | 3/17/2009 | | Invoice No. | 10046 |
|------|-----------|--|-------------|-------|

| Customer: | Ship To: |
|-----------|----------|
| Steve Jacques | Steve Jacques |
| 15335 E Penwood Place | 15335 E Penwood Place |
| | |
| Aurora, CO 80001 | Aurora, CO 80001 |

| Date | Description | Quantity | Per Unit | Amount |
|------|-------------|----------|----------|--------|
| 3/17/2009 | Final bill for re-roof. | | | $9,712.84 |

| | | |
|--|--|--|
| Non-Taxable Subtotal | $9,712.84 |
| Taxable Subtotal | $0.00 |
| Tax | $0.00 |
| Tax Rate | 8.000 % |
| Total | $9,712.84 |

Thanks for letting us serve you!

*CK PAID*
*AMOUNT #1024 3/18/09*
*RCD LO.CREDIT*

Page 1 of 1

**dcs Roofing & Solar**
9337 Commerce Center Street Unit C2
Highlands Ranch, CO 80129



| Date | 3/17/2009 | Invoice No. | 10047 |
|------|-----------|-------------|-------|

**Customer:**
**Bellwether Construction Company**
**5751 W. 7th Ave**

**Lakewood, CO 80214**

**Ship To:**
**Steve Jacques**
**15335 E Penwood Pl**

**Aurora, CO 80015**

| Date | Description | Quantity | Per Unit | Amount |
|------|-------------|----------|----------|--------|
| 3/17/2009 | Final bill for re-roof. | | | $3,870.85 |

| | | |
|---|---|---|
| Non-Taxable Subtotal | $3,870.85 |
| Taxable Subtotal | $0.00 |
| Tax | $0.00 |
| Tax Rate | 8.000 % |
| Total | $3,870.85 |

Thanks for letting us serve you!

*Amount # 1024  3/18/09*
*L.U.C.*

*Amant*
*Fed'l*
*Cr Union*
*Line of Credit*
*Ck# 1024*

# EXHIBIT D

# dcs GUTTERS & METAL

3155 Commerce Court Unit C
Castle Rock, CO 80109

Phone:    303-688-4545
Fax:       303-688-6625
website:  dcsgutters.com
sales@dcsgutters.com

Q⁻ 0802

Customer: STEVE JACQUES
Address: 15335 E. PEGWOOD PL
City: AURORA                          ST: CO      Zip: 80015
Billing Name & Address: _____
City: _____     ST _____ Zip: _____
Home #: _____   Fax #: _____
Work #: _____    Work Fax#: _____
E-mail: _____    Other #: _____

- ☐ 5" K-style Gutter  LF: _____  Color: _____
- ☐ 6" K-style Gutter  LF: _____  Color: _____
- ☐ 7" Box Gutter      LF: _____  Color: _____
- ☐ 6" Half Round      LF: _____  Color: _____
- ☐ Downspout Size: ____ LF: ____ Color: ____
- ☐ Chimney Cap  Color: _____  Style: _____
- ☐ Metal Roof  Color: _____
- ☐ Flashing  LF: _____  Color: _____
- ☐ Fascia LF: _____      Color: _____
- ☐ Soffet  LF: _____     Color: _____
- ☐ Clean Gutters
- ☐ Remove  ☐ Gutters   ☐ Downspouts
- ☐ Reseal mitres/seams
- ☐ Use a nail magnet around property
- ☐ Protect landscaping
- ☐ dcs GUTTERS & METAL fully insured
- ☐ Other: _____

### Notes

SUPPLY & INSTALL TWO VELUX
SKYLIGHTS WITH NEW FLASHING
$2,100.00
DOWN PAYMENT OF $1,050.00
BALANCE DUE UPON COMPLETION
OF JOB   FCG & WATER PROOF
SKYLIGHTS

1YR WARRANTY

dcs GUTTERS & METAL reserves the right to file for
supplemental insurance claims when necessary and shall
become a part of this agreement.
- ➢ Purchaser shall supply all electricity necessary for the work.
- ➢ All work to be done in accordance with local codes and manufacturer's specifications, permits furnished (if required)
- ➢ Lien waiver submitted upon final payments (if applicable).
- ➢ Not responsible for interior personal items.

## Price of Goods and
Services $ 2,100.00

## All payments need to be made to:
## dcs GUTTERS

### We also take Visa, MasterCard or American Express.

1. Labor Warranty does not cover damage caused by lightning, high winds/50mph, hurricane, tornado, hailstorm, snow, impact of foreign objects or other violent storm or casualty or damage due to settlement, distortion, failure or cracking of the roof deck, walls or foundation of a building.
2. All surplus job materials belong to dcs GUTTERS & METAL.
3. In the event legal action must be commenced to enforce any of the terms hereof, dcs GUTTERS & METAL shall be entitled to a judgment award of all costs and expenses, including reasonable attorney fees, for such suit or collection effort.  1.5% per month will be added to the balance of any and all unpaid portion of the contract, commencing upon completion date.
4. dcs GUTTERS & METAL is not responsible to provide any materials, or to perform any work other than what is described above.  Replacement of deteriorated decking fascia board, ventilators, flashing or other materials, is not included and will be charged as an extra unless otherwise stated herein.
5. This agreement is subject to final approval by dcs GUTTERS & METAL and is the entire agreement of the parties and no other written or other terms be recognized.
6. One Year Labor Warranty begins upon completion of work stated above.
7. Cancellation of the contract may be achieved by paying a 10% fee of the contract price.
   * Payment due upon completion not contingent upon building inspect, if any.

Print Name: _____        Salesperson: Robert Vichkov
Signature: _____          Date of Acceptance: 1/29/09

# EXHIBIT E

STEVE C. JACQUES
15335 E. PENWOOD PLACE
AURORA, CO 80015

4559

2/17      20 09

Pay to the order of   DCS Roofing                    $ 25,698.98

Twenty Five Thousand Six Hundred Ninety Eight 98/100      Dollars

WELLS FARGO BANK, N.A.
COLORADO
WELLSFARGO.COM

on   Inv 10022 & 10023

⑆102000076⑆ 1010236106⑆ 4559   ⑆00025698 98⑆

INVOICE  #  10022      -$ 18,069.48
INVOICE  #  10023         7,629.50
                          $ 25,698.98

STEVE C. JACQUES
18335 E PENWOOD PL.
AURORA CO 80015

1024

2-8163/2710

DATE _3/18/09_

PAY TO THE
ORDER OF _DCS  Roofing_   | $ _14,633.69_

_Fourteen Thousand Six Hundred Thirty Three and_  _69/100_ DOLLARS

**ALLIANT**
credit union
Chicago, Illinois

Aromer

HOME EQUITY LINE OF CREDIT

MEMO _____

⑈271081528⑈20 100024 1840 15⑈ 1024  ⑈0001463369⑈

DCS   IN VOICE # 10046      $ 9,712.84
"     INVOICE #10047         3,870.85
"     INVOICE # 10002 (BAL DUE)  1,050.00
                        $ 14,633.69

PAY TO THE ORDER OF
COMPASS BANK
ENGLEWOOD, CO. 80112
91-76/1021
FOR DEPOSIT ONLY
CGS GUTTERS, INC.
(206314014

# EXHIBIT F

REPRINT

# ABC
Supply Co. Inc.

(303) 294-0869

CREDIT
MEMO INVOICE

**IMPORTANT:** This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to the ___ion of the articles and/or the performance of the services covered by this invoice, it has fully complied with section ___ .t the Fair Labor Standards Act of 1938, as amended.

T/O symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

**LATE PAYMENT CHARGE:** All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

REMIT
2401 E 40TH AVE
DENVER CO
80205-3521

SOLD
DCS ROOFING & GUTTER
JOB: ORCA RESIDENCE
9337 COMMERCE CTR ST. C-2
HIGHLANDS RANCH CO
80129-1719

SHIP
ORCA RESIDENCE
8624 KIM CT

PARKER CO  80134

| | |
|---|---|
| SALES REP | PAGE |
| CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 4883577 | 1910 | CPU | | 683200 | NET | 02/06/09 | 2/06/09 |

| ITEM NUMBER | ITEM DESCRIPTION | UNIT | QUANTITY SHIPPED | QUAN. BILLED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC SUPPLY CO.-049-WHSE SALES | | CUSTOMER PICK UP | | ORG INV 4882395 | | |
| 88MLRETURN | MONIER PALLET RETURN | EA - | 19 | | 10.50 | 199.50- |

CREDIT MEMO   SUBTOTAL       199.50-
CO   DV RT

| | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX | | |
|---|---|---|---|---|---|
| NOTE THE SAVINGS: YOU MAY DEDUCT IF THIS INVOICE IS PAID BY | 199.50- | | 15.40- | | 214.90- |

AB30L Rev. 11/98

www.abcsupply.com ● www.abccatalog.com

REPRINT

# ABC
**Supply Co. Inc.**

(303) 294-0869

CREDIT
MEMO **INVOICE**

IMPORTANT: This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to the ___ tion of the articles and/or the performance of the services covered by this invoice, it has fully complied with section ___ of the Fair Labor Standards Act of 1938, as amended.

T/D symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

LATE PAYMENT CHARGE: All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

R E M I T
2401 E 40TH AVE
DENVER CO
80205-3521

S O L D
DCS ROOFING & GUTTER
JOB: ORCA RESIDENCE
9337 COMMERCE CTR ST. C-2
HIGHLANDS RANCH CO
80129-1719

S H I P
ORCA RESIDENCE
8624 KIM CT

PARKER CO  80134

| | |
|---|---|
| SALES REP | PAGE |
| CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 4890936 | | CPU | | 683200 | NET | 03/13/09 | 3/13/09 |

| PRODUCT NUMBER | DESCRIPTION | UNIT | QUANTITY SHIPPED | QUANTITY | NET PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC SUPPLY CO.-049-WHSE | SALES          CUSTOMER PICK UP | | ORG INV 4884102 | | | |
| | | | | | | |
| 08MHPCC20 | MULEHIDE PRE-CUT CORNER W/TAPE 20/C | PC | 28 | | 4.48 | 125.44- |
| 08MHF06X1B | MH UNC EPDM FLASH  6 X100' BLACK | RL | 1 | | 49.41 | 49.41- |

| | | |
|---|---|---|
| | CREDIT MEMO   SUBTOTAL | 174.85- |
| | CO   DV RT | |

| | | | | |
|---|---|---|---|---|
| NOTE THE SAVINGS: YOU MAY DEDUCT IF THIS INVOICE IS PAID BY | SUBTOTAL AMOUNT  + | FREIGHT  + | SALES TAX | |
| | 174.85- | | 13.50- | 188.35- |

AB36, Rev. 11/09

REPRINT

# ABC Supply Co. Inc.

REGULAR **INVOICE**

(303)294-0869

**IMPORTANT:** This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to the ...tion of the articles and/or the performance of the services covered by this invoice, it has fully complied with section ... of the Fair Labor Standards Act of 1938, as amended.

T/O symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

**LATE PAYMENT CHARGE:** All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

REMIT TO:
2401 E 40TH AVE
DENVER CO
80205-3521

SOLD TO:
DCS ROOFING & GUTTER
JOB: ORCA RESIDENCE
9337 COMMERCE CTR ST. C-2
HIGHLANDS RANCH CO
80129-1719

SHIP TO:
ORCA RESIDENCE
8624 KIM CT

PARKER CO  80134

| | | SALES REP | PAGE |
|---|---|---|---|
| | | CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4882395 | 1910 | 42425 | 683200 | 1% 10TH NET EOM | 02/05/09 | 2/06/09 |

ABC #049 TILE    DENVER, CO              049 00 FRTLNR FD-1

| | | | QTY | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1SXCS1142 | ML SLATE #1SXCS1142 FIELD | EA | 1 | 6414.83 | 6414.83 |
| | 57.46 SQ TETON SLATE #1SXCS1142 | | | | |
| | 18.5 PALLETS FIELD, $111.64 PER | SQ | | | |
| 1RCCS1142C | ML RIDGE TETON | EA | 270 | 2.30 | 621.00 |
| 1R9CS1142C | ML 90DEG RAKE TETON | EA | 330 | 2.30 | 759.00 |
| 1HPCS1142C | ML HIPSTARTER TETON | EA | 10 | 18.00 | 180.00 |
| 12MRS3958 | PALLET SPLIT CHARGE | PC - | 1 | 17.50 | 17.50 |
| 88MLPALLET | MONIER LIFETILE PALLET | EA - | 22 | 16.00 | 352.00 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 2 | 35.00 | 70.00 |

|  |  |
|---|---|
| SUBTOTAL | 8414.33 |

| | | CO | RT | |
|---|---|---|---|---|

| NOTE THE SAVINGS: YOU MAY DEDUCT | 80.45 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX | |
|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 3/10/09 | 8414.33 | | 344.99 | 8759.32 |

A836, Rev. 11/08

www.abcsupply.com ● www.abccatalog.com

REPRINT

# ABC
**Supply Co. Inc.**

REGULAR

(303)294-0869

**INVOICE**

**IMPORTANT:** This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with section of the Fair Labor Standards Act of 1938, as amended.

T/D symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

**LATE PAYMENT CHARGE:** All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

**REMIT**
2401 E 40TH AVE
DENVER CO
80205-3521

**SOLD**
DCS ROOFING & GUTTER
JOB: ORCA RESIDENCE
9337 COMMERCE CTR ST. C-2
HIGHLANDS RANCH CO
80129-1719

**SHIP**
ORCA RESIDENCE
8624 KIM CT

PARKER CO  80134

| | | SALES REP | PAGE |
|---|---|---|---|
| | | CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4887102 | ORCA | 21644 | 683200 | 1% 10TH NET EOM | 02/26/09 | 2/26/09 |

ABC SUPPLY CO.-049-WHSE SALES          049 00 FRTLNR FL112

| Item | Description | | Qty | Price | Extended Price |
|---|---|---|---|---|---|
| 07MH610X5B | MULEHIDE EPDM 060 10'X50' BLACK | RL | 2 | 247.06 | 494.12 |
| 08MHBOND5 | MULEHIDE EPDM BONDING ADH    5GAL | EA | 3 | 85.30 | 255.90 |
| 08MHPCC20 | MULEHIDE PRE-CUT CORNER W/TAPE 20/C | PC | 81 | 4.48 | 362.88 |
| 08MHF06X1B | MH UNC EPDM FLASH  6 X100' BLACK | RL | 1 | 49.41 | 49.41 |
| 08MHSPB1 | MULEHIDE SPLICE ADH BLACK    1GAL | EA | 1 | 21.18 | 21.18 |
| 99FUELCHRG | FUEL SURCHARGE | EA - | 1 | 35.00 | 35.00 |

|  |  |  | SUBTOTAL | 1218.49 |
|---|---|---|---|---|

| NOTE THE SAVINGS: YOU MAY DEDUCT | 11.83 | SUBTOTAL AMOUNT | FREIGHT + | SALES TAX | | 1268.45 |
|---|---|---|---|---|---|---|
| IF THIS INVOICE IS PAID BY | 3/10/09 | 1218.49 | | 49.96 | | |

CO     RT

A838, Rev. 11/08

REPRINT

# ABC.
Supply Co. Inc.

REGULAR

(303) 294-0869

In VOICE

**IMPORTANT:** This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with section of the Fair Labor Standards Act of 1938, as amended.

T/D symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

**LATE PAYMENT CHARGE:** All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

REMIT TO:
2401 E 40TH AVE
DENVER CO
80205-3521

SOLD TO:
DCS ROOFING & GUTTER
JOB: ORCA RESIDENCE
9337 COMMERCE CTR ST. C-2
HIGHLANDS RANCH CO
80129-1719

SHIP TO:
ORCA RESIDENCE
8624 KIM CT
CPU

| | | SALES REP | PAGE |
|---|---|---|---|
| | | CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4887820 | ORCA | CPU | 683200 | 1% 10TH NET EOM | 02/27/09 | 2/27/09 |

ABC SUPPLY CO.-049-WHSE   SALES        CUSTOMER PICK UP

| | | | | | |
|---|---|---|---|---|---|
| 07MH610X5B | MULEHIDE EPDM 060 10'X50' BLACK | RL | 1 | 247.06 | 247.06 |
| 08MHF12X1B | MH UNC EPDM FLASH 12 X100' BLACK | RL | 1 | 98.82 | 98.82 |
| 4879600108 | COVER ROLLER 9"X3/8"NAP #RC9-3/8-PH | EA / | 3 | 2.09 | 6.27 |
| 08MHLPCB | MULEHIDE LAP CAULK BLACK    11OZ | TB | 3 | 3.23 | 9.69 |

| | |
|---|---|
| SUBTOTAL | 361.84 |

CO   DV RT

| NOTE THE SAVINGS: YOU MAY DEDUCT IF THIS INVOICE IS PAID BY | 3.62 3/10/09 | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX | | |
|---|---|---|---|---|---|---|
| | | 361.84 | | 27.93 | | 389.77 |

A836, Rev. 11/08

# EXHIBIT G



**dcs**

GUTTERS & ROOFING

3155 Commerce Court
Unit C
Castle Rock, CO 80109

Office 303-688-6545  Fax 303-688-6625
www.dcsroofing.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/3/2009 | 8075 |

| Bill To |
|---------|
| Orca Construction |
| 5844 Saddle Creek Trail |
| Parker, CO 80134 |

| Ship To |
|---------|
| Sheldon Residence |
| 8624 Kim Court |
| Parker, CO |

| P.O. No. | Terms | Due Date | Sales Person |
|----------|-------|----------|--------------|
|  | Net 30 | 3/5/2009 | LS |

| Item | Description | Price | Prior Amt | Curr % | Rate | Amount |
|------|-------------|-------|-----------|--------|------|--------|
| Monier-Lifeti... | Remove existing roof, furnish and install Monier Slate or shake tile roof, ice and water, all valleys & perimeters, 30# Felt Underlayment. Bid includes all flashing and vents. | 28,500.00 | 10,000.00 | 15.00% | 28,500.00 | 4,275.00 |

Please remit payment to dcs Gutters.  Late payment is subject to a 5% late fee.  THANK YOU for the opportunity to work with you.  Should you any questions please contact Tom.

| | |
|---|---|
| **Total** | $4,275.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,275.00 |



**3155 Commerce Court**
**Unit C**
**Castle Rock, CO 80109**

GUTTERS & ROOFING

Office 303-688-4545   Fax 303-688-6625
www.dcsroofing.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/18/2009 | 8080 |

| Bill To | Ship To |
|---------|---------|
| Orca Construction<br>5844 Saddle Creek Trail<br>Parker, CO 80134 | Sheldon Residence<br>8624 Kim Court<br>Parker, CO |

| P.O. No. | Terms | Due Date | Sales Person |
|----------|-------|----------|--------------|
|  | Net 30 | 3/20/2009 | LS |

| Item | Description | Price | Prior Amt | Curr % | Rate | Amount |
|------|-------------|-------|-----------|--------|------|--------|
| Monier-Lifeti... | Remove existing roof, furnish and install Monier Slate or shake tile roof, ice and water, all valleys & perimeters, 30# Felt Underlayment. Bid includes all flashing and vents. | 28,500.00 | 14,275.00 | 49.91% | 28,500.00 | 14,224.35 |

Please remit payment to dcs Gutters. Late payment is subject to a 5% late fee. THANK YOU for the opportunity to work with you. Should any questions please contact Tom.

| | |
|---|---|
| **Total** | $14,224.35 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $14,224.35 |

PAGE  02/04

Roofing & Solar
Center Street Unit C2
Ranch, CO 80129

**dcs**
ROOFING &

**Date**

**Invoice No.**          10056

**Customer**

**Orca Co**

**5844 S**

**Ship To:**

**Orca Construction**

**8624 Kim Court**

| Date | Description | Quantity | Per Unit | Amount |
|------|-------------|----------|----------|--------|
|  | .060 EPDM to rear patio deck. |  |  | $5,900.00 |

| | |
|---|---|
| **Non-Taxable Subtotal** | $5,900.00 |
| **Taxable Subtotal** | $0.00 |
| **Tax** | $0.00 |
| **Tax Rate** | 8.000 % |
| **Total** | $5,900.00 |

Thanks for letting us serve you!

*Please note new address*

/2009/TUE 12:36



dcs Roofing & Solar

9337 Commerce Center Street Ste C2

Highlands Ranch, CO 80129

Phone: 303-688-4545  Fax 303-688-6625

**Date**

**Invoice No.** 10463

**Customer:**

Orca Construction

6844 Saddle Cross Road

Paker, CO 80134

**Ship To:**

Orca Construction

Sheldon Residence

8824 Kim Court

Paker, CO 80134

| Date | Description | Quantity | Per Unit | Amount |
|------|-------------|----------|----------|--------|
| 9/29/2009 | Remove and Replace old gutters. Fabricate and Install 6" K-Style pre-painted (standard color) gutter and 3x4 Pre-painted downspouts with 5' extensions.  Gutters to be hung with hidden hangers. | | | 4,900.00 |

| | | |
|---|---|---|
| Non-Taxable Subtotal | | 4,900.00 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Tax Rate | | 0.000 % |
| Total | | 4,900.00 |

Thank you for your business!

Page 1 of 1

# EXHIBIT H

REPRINT

# ABC
**Supply Co. Inc.**

(303)294-0869

CREDIT
MEMO  INVOICE

**IMPORTANT:** This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to the ____ tion of the articles and/or the performance of the services covered by this invoice, it has fully complied with section ____ of the Fair Labor Standards Act of 1938, as amended.

T/D symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

**LATE PAYMENT CHARGE:** All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

R E M I T
2401 E 40TH AVE
DENVER CO
80205-3521

S O L D
DCS ROOFING & GUTTER
JOB: PEAK CUSTOM BLDRS
9337 COMMERCE CTR ST. C-2
HIGHLANDS RANCH CO
80129-1719

S H I P
PEAK CUSTOM BLDRS
5959 S HUMBOLT CT

CENTENNIAL CO

| | | SALES REP | PAGE |
|---|---|---|---|
| | | CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | | SHIP VIA | | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|
| 4883661 | 1895 | | CPU | | 682700 | NET | 02/09/09 | 2/09/09 |

| ITEM NUMBER | DESCRIPTION | QTY ORDERED | QTY SHIPPED | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ABC SUPPLY CO.-049-WHSE SALES | CUSTOMER PICK UP | | | | ORG INV 4881821 | |
| 88MLRETURN | MONIER PALLET RETURN | | EA - | 22 | 10.50 | 231.00- |

CREDIT MEMO  SUBTOTAL        231.00-
CO  DV RT

| | SUBTOTAL AMOUNT + | FREIGHT + | SALES TAX | | |
|---|---|---|---|---|---|
| NOTE THE SAVINGS: YOU MAY DEDUCT IF THIS INVOICE IS PAID BY | 231.00- | | 17.83- | | 248.83- |

A336. Rev. 11/08

www.abcsupply.com ● www.abccatalog.com

REPRINT

# ABC.
**Supply Co. Inc.**

(303) 294-0869

REGULAR

**INVOICE**

**IMPORTANT:** This order is subject to the terms and conditions set forth on the reverse side, and by accepting the below materials, you agree to those terms and conditions.

Seller represents that with respect to the ... tion of the articles and/or the performance of the services covered by this invoice, it has fully complied with section ... of the Fair Labor Standards Act of 1938, as amended.

T/D symbols are described on the reverse side.

Returns must be made in accordance with ABC's Return Policy. A copy of this policy is available upon request.

**LATE PAYMENT CHARGE:** All accounts past due will be subject to a monthly late payment charge, not to exceed the maximum allowable by state or federal law.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call the number provided.

When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

| | |
|---|---|
| **REMIT** | 2401 E 40TH AVE<br>DENVER CO<br>80205-3521 |

| | | | | |
|---|---|---|---|---|
| **SOLD** | DCS ROOFING & GUTTER<br>JOB: PEAK CUSTOM BLDRS<br>9337 COMMERCE CTR ST. C-2<br>HIGHLANDS RANCH CO<br>80129-1719 | **SHIP** | PEAK CUSTOM BLDRS<br>5959 S HUMBOLT CT<br><br>CENTENNIAL CO | |

| | SALES REP | PAGE |
|---|---|---|
| | CR2663 | 1 |

| INVOICE NO. | CUSTOMER ORDER NO. | SHIP VIA | CUSTOMER NO. | TERMS | SHIP DATE | INVOICE DATE |
|---|---|---|---|---|---|---|
| 4881821 | 1895 | 42298 | 682700 | 1% 10TH NET EOM | 01/30/09 | 2/02/09 |

ABC #049 TILE   DENVER, CO          049 98 INTL 9200

| | | | | | EXTENDED<br>PRICE |
|---|---|---|---|---|---|
| 1SYCL4034 | ML SHAKE FIELD MEADOWLARK<br>65.22 SQ MEADOWLARK SHAKE #1SYCL4034C<br>21 PALLETS FIELD, $110.00   PER | EA<br><br>SQ | 1 | 7174.20 | 7174.20 |
| 1HPCL4034C | ML HIPSTARTER MEADOWLARK | EA | 7 | 16.70 | 116.90 |
| 1RCCL4034C | ML RIDGE MEADOWLARK | EA | 185 | 2.25 | 416.25 |
| 1R9CL4034C | ML 90DEG RAKE MEADOWLARK | EA | 250 | 2.25 | 562.50 |
| 90744 | ML ZEPHYR ROLL 11"X33' GRANITE | EA | 6 | 65.00 | 390.00 |
| 88MLPALLET | MONIER LIFETILE PALLET | EA - | 25 | 16.00 | 400.00 |
| 99FUELCHRG | FUEL SURCHARGE | EA | 2 | 35.00 | 70.00 |

| | | | |
|---|---|---|---|
| | | **SUBTOTAL** | 9129.85 |

| | | | | | CO      RT | | | |
|---|---|---|---|---|---|---|---|---|
| **NOTE THE SAVINGS: YOU MAY DEDUCT<br>IF THIS INVOICE IS PAID BY** | 87.30<br>3/10/09 | **SUBTOTAL AMOUNT   +**<br>9129.85 | **FREIGHT  +** | **SALES TAX**<br>374.33 | | | | 9504.18 |