UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-11642-ABC |
| | ) | |
| Thomas H. Vieregger dba dcs Gutters & Roofing; mem colorado gutterz, LLC; mem docs exteriors, LLC; mem dcs solar solutions, LLC; mem Ridgepoint Management Group, LLC; mem Eastland & Vierregger, LLC; ods Douglas County Seamless Gutter Co. | ) ) ) ) ) ) ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | Chapter 7 |
| American Builders & Contractors Supply Co., Inc., Plaintiff | ) ) ) ) | |
| | ) | Adversary Case No. 10-1243-ABC |
| v. | ) | |
| | ) | |
| Thomas H. Vieregger, Defendant | ) ) | |

## STIPULATION

Thomas H. Vieregger ("Defendant"), and American Builders & Contractors Supply Co., Inc. ("Plaintiff"), by and through their respective undersigned agents, for this Stipulation state:

### RECITALS

1. Defendant filed for relief under Chapter 7 of Title 11 of the Bankruptcy Code on February 3, 2010.

2. On March 17, 2010, Plaintiff commenced this Adversary Proceeding by filing its Complaint to Determine Dischargeability of a Particular Debt Pursuant to Bankruptcy Code 11 U.S.C. § 523(a)(2), (3), (4) and (6) asserting that Defendant violated C.R.S. § 38-22-127,

1

[ABC\DCS Roofing\Bankruptcy\Stipulation]

otherwise known as the Colorado Trust Fund Statute, and seeking judgment in the amount of $76,091.75, plus treble damages, attorney fees, costs, prejudgment interest and post judgment interest.

3. Defendant was, at all times relevant to this proceeding, an officer, director, and shareholder of Douglas County Seamless Gutter Company, Inc. d/b/a DCS Gutters & Roofing Inc. ("DCS").

4. On April 15, 2010, Defendant filed his Answer to the Complaint asserting certain defenses and denying liability for the allegation contained in the Complaint.

5. Plaintiff and Defendant have engaged in settlement discussions and determined, to avoid the cost, expense, and uncertainty related to ongoing litigation, that settlement on the terms contained herein is in the best interest of both parties.

## SETTLEMENT

NOW THERETOFORE the parties do hereby stipulate and agree as follows:

6. **Nondischargeability of Debt**. Defendant hereby agrees that $98,896.02 owing to Plaintiff shall not be discharged in this or any other bankruptcy proceeding. Said amount is comprised of $76,091.75 in principal, $16,476.00 in attorney fees, $5,687.27 in interest, and $641.00 in costs.

7. **Judgment.** Defendant, Thomas H. Vieregger, consents that judgment be entered in favor of American Builders & Contractors Supply Co., Inc. and against Thomas H. Vieregger in the amount of $98,896.02, and said judgment is non-dischargeable.

8. **Release.** Effective upon the Court's entry of the Judgment, Plaintiff and Defendant, on behalf of their subsidiaries, affiliates, successors, predecessors in interest, assignors, and assigns, and each of their agents, directors, officers, attorneys, and employees, shall forever release and discharge each of their subsidiaries, affiliates, predecessors in interest, successors, and assigns, and each of their agents, directors, officers, attorneys, and employees, from any and all debts, demands, actions, causes of action, suits, accounts, covenants, contracts, agreements, damages, judgments, executions, orders and any and all claims, demands and liabilities whatsoever of any kind, whether in law or in equity, which they now have or ever may

[ABC\DCS Roofing\Bankruptcy\Stipulation]

have had, from the beginning of the world to the date hereof, including, but not limited to, any and all claims that were or could have been asserted or raised in the Adversary Proceeding; and agrees that the sole remaining legal obligations of Plaintiff and Defendant are those prospectively set forth in this Stipulation and in the Order of Judgment.

9. **Bankruptcy Court Approval.** The terms of this Stipulation are conditioned upon entry of an Order by the Bankruptcy Court approving this Stipulation. Plaintiff shall file an appropriate application with the Bankruptcy Court for approval of this Stipulation. Should the Stipulation not be approved by the Bankruptcy Court, this Stipulation shall be null and void.

10. **Amendment.** This Stipulation may not be altered, amended, or modified in any respect, except in writing duly executed by the parties.

11. **Governing Law.** This Stipulation shall be governed by and construed in accordance with the law and rules applicable in the United States Bankruptcy Court for the District of Colorado. Where state or substantive law other than the Bankruptcy Code controls, this Stipulation shall be governed by the substantive law of the State of Colorado, without regard to its choice of law rules.

12. **Entire Agreement.** This Stipulation shall reflect the entire agreement of the parties, no other agreement, oral or written, existing between the parties with respect to the resolution of this Adversary Proceeding.

13. **Forum Selection.** Any action relating to, based upon, or arising from a breach of this Stipulation shall be brought only in the United States Bankruptcy Court for the District of Colorado, which shall retain jurisdiction over the subject matter and parties for this purpose.

14. **Authority**. The undersigned represent and warrant that they have full power and authority to enter into this Stipulation and to bind the parties for which they have executed this Stipulation.

15. **Construction.** This Stipulation shall not be construed more strictly against one party as compared to another, as the parties consider that each has contributed materially and substantially to its preparation.

16. **Facsimile Signatures.** This Stipulation may be executed in counterparts with the same force and effect as though all signatures appeared on one original document. Facsimile signatures are binding and enforceable as if they were originals.

[ABC\DCS Roofing\Bankruptcy\Stipulation]

IN WITNESS THEREOF, Plaintiff and Defendant have caused this Stipulation to be executed as of the date written below.

Dated this ___ day of October, 2010.

AMERICAN BUILDERS & CONTRACTORS
SUPPLY CO., INC.

By:_____          _____
   Kim Carrigan, Customer Account Manager      Thomas H. Vieregger
   Southwest Region

Approved as to form:

ANDERSOHN LAW OFFICES, PC                LAW OFFICES OF F. KELLY SMITH

_____        _____
Nathan L. Andersohn, Esq                 F. Kelly Smith, Esq
11971 Quay Street                        216 Sixteenth St., Ste. 1210
Broomfield, CO 80020                     Denver, Colorado 80202
303-650-6414/fax: 303-429-7574           303-592-1650/fax: 303-592-1701
Attorneys for the Plaintiff              Attorneys for the Defendant

[ABC\DCS Roofing\Bankruptcy\Stipulation]

IN WITNESS THEREOF, Plaintiff and Defendant have caused this Stipulation to be executed as of the date written below.

Dated this 14 day of October, 2010.

AMERICAN BUILDERS & CONTRACTORS
SUPPLY CO., INC.

By: _____          _____
Kim Carrigan, Customer Account Manager    Thomas H. Vieregger
Southwest Region

Approved as to form:

ANDERSOHN LAW OFFICES, PC         LAW OFFICES OF F. KELLY SMITH

_____           _____
Nathan L. Andersohn, Esq          F. Kelly Smith, Esq
11971 Quay Street                 216 Sixteenth St., Ste. 1210
Broomfield, CO 80020              Denver, Colorado 80202
303-650-6414/fax: 303-429-7574    303-592-1650/fax: 303-592-1701
Attorneys for the Plaintiff       Attorneys for the Defendant