## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-11642-ABC |
| | ) | |
| Thomas H. Vieregger dba dcs Gutters & Roofing; | ) | |
| mem colorado gutterz, LLC; mem docs exteriors, | ) | |
| LLC; mem dcs solar solutions, LLC; mem | ) | |
| Ridgepoint Management Group, LLC; mem | ) | |
| Eastland & Vierregger, LLC; ods Douglas County | ) | |
| Seamless Gutter Co. | ) | |
| | ) | |
| Debtors. | ) | |
| ——————————————————————— | ) | |
| | ) | |
| | ) | Chapter 7 |
| American Builders & Contractors | ) | |
| Supply Co., Inc., | ) | |
| Plaintiff | ) | |
| | ) | Adversary Case No. 10-1243-ABC |
| v. | ) | |
| | ) | |
| Thomas H. Vieregger, | ) | |
| Defendant | ) | |

## ORDER

THIS MATTER, coming before the Court upon the Stipulation between Plaintiff, American Builders & Contractors Supply Co., Inc., and Defendant, Thomas H. Vieregger, and the Court having read and considered the same, and upon being fully advised in the premises,

DOTH FIND as follows:

1.    That Plaintiff and Defendant have agreed to settlement of all claims between them in this action, pursuant to the attached Stipulation.

2.    That the terms of the Stipulation are fair and reasonable.

IT IS THEREFORE ORDERED that the debt owed to Plaintiff American Builders & Contractors Supply Co., Inc., in the amount of $98,896.02, is nondischargeable, pursuant to 11 U.S.C. § 523(a)(4), and that judgment ~~enters~~ in favor of American Builders & Contractors Supply Co., Inc. and against Defendant, Thomas H. Vieregger in the amount of $98,896.02.



shall enter

10-1243

BY THE COURT

Dated: October 25, 2010

_____
United States Bankruptcy Judge