IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

| | | |
|---|---|---|
| In re:<br>THOMAS H. VIEREGGER,<br>　　　　　　Debtors. | )<br>)<br>)<br>)<br>) | Case No. 10-11642 ABC<br>Chapter 7 |
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC.,<br>　　　　　　Plaintiff,<br>v.<br>THOMAS H. VIEREGGER,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 10-1243 ABC |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable A. Bruce Campbell on October 25, 2010;

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff American Builders & Contractors Supply, Inc. and against Defendant Thomas H. Vieregger in the amount of $98,896.02. It is

**FURTHER ORDERED** that the debt represented by such judgment is nondischargeable pursuant to 11 U.S.C. §523(a)(4).

DATED: October 25, 2010

　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　BRADFORD L. BOLTON, CLERK


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Deputy Clerk

APPROVED AS TO FORM:

_____
A. Bruce Campbell, Judge